IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: JAMES CROSBY,
     PATRICIA A. CROSBY,

                              Case No. 18-24094

    Debtors.                                  Chapter 13

_____

UNITED STATES OF AMERICA,

    Plaintiff,

                              Adv. Pro. No. 19-00121

v.

JAMES CROSBY AND PATRICA A. CROSBY,

    Defendants.

**UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS**

      Plaintiff, United States of America, on behalf of the Social Security Administration, by and through its counsel, Robert K. Hur, United States Attorney for the District of Maryland, and Jane E. Andersen, Assistant United States Attorney for said district, hereby opposes defendants' motion to dismiss the complaint, and cross-moves this Court for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) and Fed. R. Bankr. P. 7012(b).

      The grounds opposing defendants' motion, and supporting the United States' motion, are set forth in the accompanying Memorandum of Law, and upon all papers and proceedings previously had.

                                                Respectfully submitted,
                                                Robert K. Hur

United States Attorney

By: /s/ Jane E. Andersen
Jane E. Andersen (Bar No: 802834)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(p) 410-209-4892
(f) 410-962-2310
Jane.Andersen@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2019, a copy of the foregoing Opposition to Defendant's Motion to Dismiss and the United States' Cross-Motion for Judgment on the Pleadings, Notice to Plaintiff Proceeding Without Counsel, the Memorandum of Law, were caused to be served via first-class mail, postage prepaid to Defendants/Debtors at the following address:

> James Crosby
> 5912 Yorkwood Road
> Baltimore, MD 21239
>
> Patricia A Crosby
> 5912 Yorkwood Road
> Baltimore, MD 21239

/s/ Jane E. Andersen
Jane E. Andersen
Assistant United States Attorney